**Order entered July 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01063-CV

**DOUBLE DIAMOND-DELAWARE, INC., ET AL., Appellant**

**V.**

**JEANETTE ALFONSO, ET AL., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16333**

## ORDER

Before the Court is appellees' July 18, 2019 unopposed third motion for extension to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 21, 2019. We caution appellees that no further extensions will be granted absent exigent circumstances.


/s/     KEN MOLBERG
             JUSTICE